UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHONTO PETE<br><br>        Plaintiff,<br><br>        v.<br><br>OFFICER JAY OLSEN and the<br>CITY OF SPOKANE,<br><br>        Defendants. | NO. CV-07-372-EFS<br><br>**ORDER ENTERING COURT'S ORAL RULINGS FROM AUGUST 22, 2008 TELEPHONIC HEARING** |

A telephonic hearing occurred in the above-captioned matter on August 22, 2008. Blake W. Horwitz and John J. Kannin appeared on behalf of Plaintiff Shonto Pete; Ellen M. O'Hara appeared on behalf of Defendant City of Spokane.[1] Before the Court was Plaintiff's oral motion to voluntarily dismiss the action without prejudice. This Order serves to memorialize the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED**:

1. For the reasons articulated on the record, Plaintiff's oral motion to voluntarily dismiss the action under Federal Rule of Civil Procedure 41 is **GRANTED**.

---

[1] No attorney has appeared on behalf of Defendant Officer Jay Olsen.

ORDER * 1

2. The Complaint **(Ct. Rec. 1)** is **DISMISSED without prejudice.**

3. All pending motions are **DENIED AS MOOT.**

4. All pending hearing and trial dates are **STRICKEN.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to all counsel.

**DATED** this ___25th___ day of August 2008.


                              S/ Edward F. Shea
                              EDWARD F. SHEA
                        United States District Judge

Q:\Civil\2007\372.Oral.Rulings.wpd

ORDER * 2